UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CRIMINAL NO. 04-10114-DPW |
| JEROME LASSITER, | ) |
| a/k/a "BUTTA," | ) |
| | ) |
| Defendant. | ) |

INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Counts One, Two and Three of the Indictment.

In particular, the government will rely on the following conviction:

> a July 17, 2002 conviction in Roxbury District Court, Docket Number 0202CR003058, for Possession with Intent to Distribute a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32A(c), for which the defendant was given a nine-month sentence.

Because Counts One, Two and Three each involve less than five (5) grams of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on each of these counts to a maximum sentence of imprisonment for thirty (30) years, a fine of up to two million dollars and supervised release for at least six (6) years and for a maximum of life following any period of incarceration,

pursuant to 21 U.S.C. § 841(b)(1)(C).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By: _____
                                                PATRICK M. HAMILTON
                                                Assistant U.S. Attorney
                                                One Courthouse Way
                                                Boston, MA 02210

Date:     April 15, 2004             (617) 748-3251