AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SEALED**

UNITED STATES OF AMERICA

v.

JEROME LASSITER

**WARRANT FOR ARREST**

04-CR-10114-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JEROME LASSITER**
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

conspiracy to distribute cocaine base and distribution in a playground zone of cocaine base, a Schedule II controlled substance,

in violation of Title 21 United States Code, Sections 841(a)(1), 846 and 860(a).

Marianne B. Bowler / Theresa M. Cateno, Deputy Clerk
Name of Issuing Officer — Chief United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer: Theresa M. Cateno
Date and Location: April 8, 2004 at Boston, Massachusetts

Bail fixed at $ _____ BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY USMS- NIOLA BY ARREST/ARRAIGNMENT OF THE DEFENDANT 4/15/04 |  |
| DATE OF ARREST |  |  |