UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) No. 04-10114-DPW |
| | ) |
| JEROME LASSITER | ) |

## MOTION TO CHANGE DATE OF STATUS HEARING

Defense counsel, John H. Cunha Jr., hereby moves this court to reschedule the Status Conference currently scheduled for Friday, May 28, 2004 at 3:15 p.m., to Wednesday, May 26, 2004 at 2:00 p.m., to coincide with the Status Conference being held in regard to the defendant's co-defendant, Antonio Cardona.

JEROME LASSITER
By his attorney,

_____
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: May 24, 2004

H:\Word\Crim\Lassiter\Motion to change hearing date.wpd

### CERTIFICATE OF SERVICE

I certify that on this date I served the foregoing document by facsimile transmission and first class mail, postage pre-paid, upon AUSA, Patrick M. Hamilton, One Courthouse Way, Boston, Massachusetts 02210.

_____
John H. Cunha Jr.