UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10114 DPW

ANTONIO CARDONA (1)
JEROME LASSITER (2)
       Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On June 10, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. Discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided 21 days prior to trial;

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 23, 2004, through May 21, 2004 (28 days), as to Antonio Cardona; April 20, 2004, through May 18, 2004 (28 days), as to Jerome Lassiter; and May 26, 2004, through June 10, 2004 (14 days) as to both defendants, for a total of forty-five (45) days as of May 26, 2004, as to both defendants. The time period from May 22, 2004, through May 25, 2004 (4 days), has not yet been excluded by motion of the parties. The total amount of time to proceed to trial is sixty-six (66) days as of June 10, 2004;

6. Trial is anticipated at this time. The estimated duration of a trial is one (1) to two (2) weeks;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file any dispostive motions on or before July 23, 2004, with the government's response due on or before August 6, 2004. A **Final Status Conference** is scheduled at **10:00 a.m.** on **August 3, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

June 15, 2004        /S/ Rex Brown
Date        Courtroom Clerk
        (617) 748-9238