UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
|---|---|
| **UNITED STATES** | )
| | )
| v. | ) No. 04-10114-DPW
| | )
| **JEROME LASSITER** | )
| | )

**MOTION TO CONTINUE DEADLINE FOR DISPOSITIVE MOTIONS**

    Defense counsel, John H. Cunha Jr., hereby moves this Court to continue the deadline for filing dispositive motions in Mr. Lassiter's case beyond July 23, 2004. As reasons herein, counsel states that after the conclusion of another client's trial before Judge Young in mid-June, he has spent significant time preparing motions and hearing materials for other pending federal cases, including a matter before Judge Gertner involving complex sentencing issues arising from the Supreme Court's recent decision in <u>Blakely v. Washington</u>, 2004 WL 1402697 (June 24, 2004), which needed to be immediately addressed.

    Counsel recently received a voluminous amount of discovery in the case at bar, which will require more time to examine and properly determine if dispositive motions must be filed to protect the defendant's rights. Counsel moves for the Court to continue the filing deadline indefinitely or to a date in mid- to late August, providing a reasonable period to analyze the materials.

                                                  JEROME LASSITER
                                                  By his attorney,

                                                /s/ *John H. Cunha Jr.*
                                                John H. Cunha Jr.
                                                B.B.O. No. 108580
                                                CUNHA & HOLCOMB, P.C.
                                                One State Street, Suite 500
                                                Boston, MA 02109-3507
                                                617-523-4300

Dated: July 22, 2004                                          H:\Word\Crim\Lassiter\Motion to continue dispositive motions.wpd