UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES | ) )  ) |
| v. | ) ) No. 04-10114-DPW ) |
| JEROME LASSITER | ) ) ) |

## MOTION TO JOIN CO-DEFENDANT'S MOTION
## FOR INTERIM STATUS CONFERENCE

The defendant, Jerome Lassiter, moves to join the motion filed with this Court by his co-defendant, Antonio Cardona, on July 28, 2004, requesting that the Court hold an interim status conference on August 3, 2004, in lieu of the currently-scheduled final status conference. As grounds, defendant's counsel states:

1. Counsel has not received or reviewed any audio or videotapes relating to the government's case;[1]

2. Counsel has not finished reviewing the discovery released so far, and is not in the position to determine whether dispositive motions will be appropriate;[2]

3. Counsel is not yet in a position to determine if a trial will be necessary, but concurs with co-defendant's counsel that a final status conference on or after September 30, 2004, will give him and the defendant sufficient time to make this decision.

Therefore, the defendant joins his co-defendant in requesting that an interim conference

---

[1] Counsel recently received a letter from the U.S. Attorney's Office indicating that videotapes have been sent to the Plymouth County Correctional Facility, where the defendant is being detained. However, counsel and the defendant have not had the opportunity to review and discuss the material.

[2] Both Mr. Lassiter and Mr. Cardona have filed and are awaiting action on motions to continue the dispositive motions filing date.

be held on August 3, 2004, with a final status conference to be continued until September 30, 2004.

          JEROME LASSITER
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: August 2, 2004         H:\Word\Crim\Lassiter\Motion to join status conference change.wpd