UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 AUG -5  P 4:42

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO.   04-10114-DPW |
| ) | |
| 1. ANTONIO CARDONA,     ) | |
|    a/k/a "ANT," and     ) | |
| ) | |
| 2. JEROME LASSITER,     ) | |
|    a/k/a "BUTTA,"       ) | |
| ) | |
|    Defendants.          ) | |

## JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Come now the United States of America and defendants Antonio Cardona and Jerome Lassiter, by and through the undersigned counsel, and file their Joint Motion to Exclude Time Under the Speedy Trial Act for the period from August 3, 2004 through October 10, 2004. In support of their motion, the parties state as follows:

1. A status conference in the above-captioned matter took place before Magistrate Judge Alexander on August 3, 2004, at which time the defendants, through counsel, requested that their time within which to file dispositive motions be extended until September 30, 2004 and that a Final Status Conference be scheduled sometime thereafter in October.

2. The court granted the defendants' motion and scheduled a Final Status Conference for October 20, 2004 at 2:00 p.m.. The defendants through counsel agreed that the time between August 3 and October 20, 2004 constitutes excludable delay for purposes of

the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A) on the grounds that the ends of justice are best served by allowing the defendants time to consider carefully the bases for any potential dispositive motions and that said interests outweigh the interests of the public and the defendants in a speedy trial.

    3. Based on the foregoing, the parties respectfully submit that the period of time from August 3, 2004 through October 20, 2004 is excludable for purposes of the Speedy Trial Act.

Respectfully submitted,

| ANTONIO CARDONA | JEROME LASSITER |
|---|---|
| By His Attorney | By His Attorney |
| *John Cunha* /prth | *Edward Ryan* /prth |
| JOHN H. CUNHA, JR., ESQ. | EDWARD P. RYAN, JR., ESQ. |
| Cunha & Holcomb, P.C. | 61 Academy Street |
| One State Street | Fitchburg, MA 01420 |
| Boston, MA 02109 | (978) 345-4166 |
| (617) 523-4300 | |

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: *Patrick Hamilton*
PATRICK M. HAMILTON
DAVID G. TOBIN
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date:    August 5, 2004

2