UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10114-DPW |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 846 -- Conspiracy |
| 1.  ANTONIO CARDONA, | )     to Distribute Cocaine Base |
|     a/k/a "ANT," and | ) |
| | ) 21 U.S.C. § 841(a)(1) -- |
| 2.  JEROME LASSITER, | )     Distribution of Cocaine |
|     a/k/a "BUTTA," | )     Base |
| | ) |
|     Defendants. | ) 18 U.S.C. § 2 -- |
| | )     Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground |
| | )     Zone Violation |
| | ) |
| | ) 21 U.S.C. § 861(a) - Use of a |
| | )     Juvenile |

SUPERSEDING INDICTMENT

COUNT ONE:     (21 U.S.C. § 846 -- Conspiracy to Distribute Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury charges that:

On or about June 19, 2003, in the District of Massachusetts,

    1.    ANTONIO CARDONA, a/k/a "ANT," and
    2.    JEROME LASSITER, a/k/a "BUTTA,"

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground, in violation of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(C) and 860(a).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about June 19, 2003, at Boston, in the District of Massachusetts,

1. ANTONIO CARDONA, a/k/a "ANT," and
2. JEROME LASSITER, a/k/a "BUTTA,"

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about July 1, 2003, at Boston, in the District of Massachusetts,

    1.    **JEROME LASSITER, a/k/a "BUTTA,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

<u>COUNT FOUR</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 21 U.S.C. § 861(a) -- Use of a Juvenile)

The Grand Jury further charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

1.   ANTONIO CARDONA, a/k/a "ANT,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground and, in so doing, defendant, being a person at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 860(a) and 861(a).

5

## Notice Of Additional Factors

The Grand Jury further charges that:

1. Defendant Antonio Cardona, a/k/a "Ant," is responsible for at least 1, but less than 2, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(11) applies to this defendant.

2. Defendant Jerome Lassiter, a/k/a "Butta," is responsible for at least 2, but less than 3, grams of cocaine base, also known as "crack" cocaine. Accordingly, U.S.S.G. § 2D1.1(c)(10) applies to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

City  Boston

**Related Case Information:**

County  Suffolk

Superseding Ind./ Inf.  X  Case No. 04-10114-DPW
Same Defendant  X  New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Antonio Cardona  Juvenile: ☐ Yes  ■ No

Alias Name  Ant

Address  93 River Street, Mattapan, MA

Birthdate: 1983  SS # -0384  Sex: Male  Race Hispanic  Nationalit US

**Defense Counsel if known:**  Edward P. Ryan, Jr.  Address 61 Academy

Bar Number _____  Fitchburg, MA 01420

**U.S. Attorney Information:**

AUSA  Patrick M. Hamilton  Bar Number if applicable

**Interpreter:**  Yes  X No  List language and/or dialect:

**Matter to be SEALED:**  Yes  X  No

Warrant Requested  ☐ Regular Process  X  In Custody

**Location Status:**

Arrest Date  April 15, 2004

X  Already in Federal Custody as of  4/15/04  in  Plymouth
    Already in State Custody     Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  X Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004  Signature of AUSA: _____
                                            Patrick M. Hamilton

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Antonio Cardona

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 860(a) | Conspiracy to distribute cocaine base in a playground zone | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) and 860(a) | Distribution of cocaine base in a playground zone | 2 and 4 |
| Set 3 | 18 U.S.C. § 2 | Aiding and abetting | 2 |
| Set 4 | 21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.rworrell.wpd

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **DEA**

City **Boston**

**Related Case Information:**

County **Suffolk**

Superseding Ind./ Inf.  **X**   Case No. **04-10114-DPW**
Same Defendant **X**   New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name **Jerome Lassieter**   Juvenile: ☐ Yes ■ No

Alias Name **Butta**

Address **53 Ashton Street, #1, Dorchester, MA**

Birthdate: **1984**   SS # **-0739**   Sex: **Male**   Race **African-American**   Nationalit **US**

Defense Counsel if known: **John H. Cunha, Jr.**   Address **One State Street**

Bar Number ____   **Boston, MA 02109**

**U.S. Attorney Information:**

AUSA **Patrick M. Hamilton**   Bar Number if applicable ____

**Interpreter:**   Yes   **X** No   List language and/or dialect: ____

**Matter to be SEALED:**   Yes   **X** No

Warrant Requested   ☐ Regular Process   **X** In Custody

**Location Status:**

Arrest Date **4/15/04**

**X** Already in Federal Custody as of **4/15/04** in **Plymouth**
  Already in State Custody   Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ____   on ____

**Charging Document:**   Complaint   ☐ Information   **X** Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   **X** Felony **3**

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **October 28, 2004**   Signature of AUSA: *(signed)* Patrick M. Hamilton

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jerome Lassiter

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 860(a) | Conspiracy to distribute cocaine base in a playground zone | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) and 860(a) | Distribution of cocaine base in a playground zone | 2 and 3 |
| Set 3 | 18 U.S.C. § 2 | Aiding and abetting | 2 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

js45.rworrell.wpd