UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                 CRIMINAL CASE
V.                                               NO. 04-10114 DPW

JEROME LASSITER
        Defendant

## NOTICE
## OF
## HEARING

ALEXANDER, U.S.M.J.

      PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **hearing** on the defendant's motion "*for detention modification*" (docket entry #36) **4:00 p.m.** on **Thursday, January 6, 2005,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

      Please note that the defendant must appear with counsel.

                                             HONORABLE JOYCE LONDON ALEXANDER
                                             U.S. MAGISTRATE JUDGE

                                             By the Court:

December 29, 2004                  /S/ Rex Brown
Date                                  Courtroom Clerk
                                     (617) 748-9238

Notice to:    John H. Cunha, Jr., Esq.
                 *Via electronic filing*
                 AUSA Patrick M. Hamilton, Esq.
                 *Via electronic filing*