UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. CR04-10114 DPW

UNITED STATES OF AMERICA

V.

JEROME LASSITER
Defendant

**ORDER**
January 10, 2005

ALEXANDER, U.S.M.J.

In that the defense counsel's motion to reconsider now posits that the defendant Jerome Lassiter has a drug addiction problem, it is hereby ORDERED that Pretrial Services conduct a drug evaluation on the above named defendant while said defendant is in federal custody. Accordingly, the U.S. Marshal shall, upon notice from Pretrial Services, transport the defendant to the Court for said evaluation.

SO ORDERED.

/S/ Joyce London Alexander
UNITED STATES MAGISTRATE JUDGE