**U.S. Department of Justice**
**Drug Enforcement Administration**

# REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFA Joao J. Monteiro  At: NEFD/Boston | ☐ ☐ ☐ ☐ ☐ | | 6. File Title FRANKLIN, Darrin | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 06/24/03 | |

9. Other Officers: See Below.

10. Report Re: Purchase of Exhibits 3 and 4 by PO Brito on 6/19/2003 from Antonio CARDONA and Jerome LASSITER.

## OTHERS OFFICERS

(DEA) TFA Sgt. Tinker, TFA MacLaughlin, TFA Ridlon, (BPD YVSF) Sgt. Bulman, Det. Waggett, Det. Perkins, PO Brito, PO G.Brown, PO D. Brown, PO Deery, PO Mills, PO Long, PO Ridge, PO Cummings, PO Cummings (ATF) S/A Crowley and S/A Desantis.

## SYNOPSIS

1. On June 19, 2003, PO Adolpho Brito, working in an undercover capacity went to the vicinity of Copeland Street and Warren Avenue in the Roxbury section of Boston. PO Brito met with two males who PO Brito purchased Exhibit 3 and 4 from, respectively. PO Brito later identified the two males as, Antonio CARDONA a/k/a "Ant" and Jerome LASSITER a/k/a "Butta".

## DETAILS

1. On June 19, 2003, Detective Waggett authored the following report referenced below, summarizing the events of the purchase of Exhibits 3 and 4 (crack cocaine) by PO Aldopho Brito on 6/19/2003 in the vicinity of Copeland Street and Warren Avenue in the Roxbury section of Boston. Reference is made to Boston Police Controlled Work Buysheet dated 6/19/2003.

| 11. Distribution: | 12. Signature (Agent) TFA Joao J. Monteiro | 13. Date 6/30/03 |
|---|---|---|
| Division NKSI | | |
| District Intelligence | 14. Approved (Name and Title) Michael J. Barbuti Group Supervisor | 15. Date 7/2/03 |
| Other | | |

DEA Form - 6
(Jul. 1996)
jjm
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

10

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
(Continuation)

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| [redacted] | [redacted] |

3. File Title: FRANKLIN, Darrin

4. Page 2 of 4

5. Program Code

6. Date Prepared: 06/24/03

2. On June 19, 2003, TFA Monteiro and Detective Waggett debriefed PO Brito subsequent to the purchase of crack cocaine in the vicinity of Copeland Street and Warren Avenue in Roxbury. According to PO Brito, PO Brito was dropped off in the vicinity of Moreland Street and walked down Copeland Street. By the playground PO Brito saw four males, PO Brito recognized two of them, Julian MILLER and Carlos BARRIENTOS. PO Brito asked one of the unknown males where Remy was and was told the male did not know Remy.

3. PO Brito continued to walk down Copeland to Warren Street. At the intersection of Warren and Copeland, PO Brito saw a black male wearing blue jeans, white tee shirt, sneakers, and a baseball cap backwards and a black do rag beneath the cap. PO Brito asked for Remy. The male paused and said Remy? The male then asked what PO Brito was looking for. PO Brito said flavor. The male said walk with him. A Hispanic male then exited the market on Warren Ave and began to walk outbound on Warren with the male and PO Brito was about ten feet behind both of them. The black male then turned to PO Brito and said hurry up. The Hispanic male then entered Warren Liquors followed by the black male and then PO Brito. The black male then took three plastic bags of crack out of his mouth and gave them to PO Brito who asked for three for $50.00. PO Brito took out 50 dollars (5-10 dollar bills) and handed it to the black male. Then PO Brito asked for another three for $50.00. The black male turned to the Hispanic male and said "Here we go, he/she needs three more".

4. The Hispanic male said to PO Brito to come with him and not to talk to anyone saying "I got ya." Both PO Brito and the Hispanic male crossed Warren Street in the direction of Warren Gardens. PO Brito told the Hispanic male that PO Brito would wait for him at the bench by the bus stop. The Hispanic male said to wait and he would be at the fence (behind the bench). PO Brito watched the Hispanic male head into the development and out of sight.

5. As PO Brito waited, the first seller (black male) was crossing Warren Street coming from the direction of the Liquor store toward PO Brito. PO Brito asked him if he had a number. The male took PO Brito's pen and

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

11

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
(Continuation)

1. File No.
2. G-DEP Identifier
3. File Title: FRANKLIN, Darrin
4. Page 3 of 4
5. Program Code
6. Date Prepared: 06/24/03

pulled out a business card (Filenes). This male wrote 617-331-9563 Butta on the back of the card and handed it to PO Brito.

6. PO Brito remained on the bench for a short time when the Hispanic male reappeared on the other side of the fence behind the bench PO Brito was sitting on. PO Brito walked over to the fence and the Hispanic male gave PO Brito three plastic bags of crack and PO Brito handed the Hispanic male $50.00 (1-20 dollar bill and 3-10 dollar bills). PO Brito asked the Hispanic male if he had a number. The Hispanic male said is name was Ant and to just come around and see him, that he always had the shirt with #9 on it. The Hispanic male turned and disappeared into the development.

7. PO Brito got on a MBTA bus to a location and got off. PO Brito was picked up by the TK-980 and transported to the meet site. Back at the meet site PO Brito turned over all evidence to TFA Monteiro.

8. At about 6:19 p.m., in the presence of TFA Monteiro and Det. Waggett, PO Brito while reviewing the photo book, identified the photograph of Antonio CARDONA as the Hispanic male who sold PO Brito the three bags of crack for $50.00 over by the fence.

9. At about 6:22 p.m., again in the presence of TFA Monteiro and Det. Waggett, PO Brito while reviewing the photo book, identified the photograph of Jerome LASSITER as the individual who sold PO Brito three bags of crack for $50.00 and later gave PO Brito the card with a phone number and the word Butta on it.

10. Additionally at about 6:35 p.m., during this operation, PO Sean Deery saw Jerome LASSITER sitting on the steps of 44 Kensington Street. Deery reports that LASSITER was wearing a blue baseball cap backwards, a white tee shirt, and jeans. Deery is familiar with LASSITER and also knows him by the street name of Butta.

11. Also during this operation, PO Vance Mills observed PO Brito sitting on the bench by the bus stop. He saw an individual known to him as Antonio CARDONA standing on the opposite side of the fence behind PO Brito in Kensington Park. PO Mills reports that from his observations

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

12

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
(Continuation)

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| [redacted] | [redacted] |

3. File Title  FRANKLIN, Darrin

4. Page 4 of 4

5. Program Code

6. Date Prepared
06/24/03

it appeared that CARDONA through hand gestures was motioning PO Brito over to the fence.

## INDEXING

1. LASSITER, Jerome a/k/a "Butta" -  NADDIS# Negative  Black male, DOB: [redacted], 5'9" tall, 165 Lbs., Address: 53 Ashton Street, Dorchester, MA. Cellular number: 617-331-9563.

2. CARDONA, Antonio a/k/a "Ant" - NADDIS# Negative  Hispanic male, DOB: [redacted], 5'9" tall, 165 Lbs., Address: 218 Norwell Street Dorchester, MA.

DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

13