**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

158521

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [x] Purchase | [ ] Seizure | [ ] Free Sample | | | |
| [ ] Lab. Seizure | [ ] Money Flashed | [ ] Compliance Sample (Non-Criminal) | | | |
| [ ] Internal Body Carry | [ ] Other (Specify) | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Roxbury, MA  USA | 06-19-2003 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | [ ] Case No. OR [ ] Seizure No. No. | 06-23-2003 | TF-1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| Ex#3 | | crack cocaine | (3) twist top PBs containing off-white rocklike substance | 25.0 GGW | 25.0 GGW | 50.00 |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?  [x] NO (included above)   [ ] YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS:
On 06-19-2003, Boston Police UC Officer Aldolpho Brito purchased exhibit #3 from Antonio Cardona on Warren street in Roxbury, MA. PO Brito turned the exhibit over to TFA Monteiro who turned it over to TFA Maclaughlin who sealed it in a DEA envelope and deposited it into the DEA overnight safe. On 06-23-2003, the exhibit was retrieved from the safe by TFA MacLaughlin who mailed in RMRRR to the DEA NERL for analysis.

JEROME LASSITER

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFA Joao Monteiro | G/S Michael Barbuti |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RB 062 873 683 | |

| 22. SEAL | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |
|---|---|---|
| [ ] Broken  [x] Unbroken | Carolyn R Roche 6/27/03 | CAROLYN R ROCHEFG |
| 07/09/03 | pm | S90843 |

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #3 contains cocaine base.

Gross Wt. = 25.5 g
Net Wt. =  0.63 g

**SEE CERTIFICATION ON BACK**

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 3 | 158521 | cocaine base | 79 | % | | 0.49 g | 0.39 g |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| KATHLEEN J. PFEIFFER | FORENSIC CHEMIST | 07/08/03 |

| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |
|---|---|---|
| THOMAS M. BLACKWELL  7/10/03 | LABORATORY DIRECTOR | NEW YORK |

DEA Form -7
Sept. 1995

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution

**U.S. Department of Justice**
**Drug Enforcement Administration**

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

158522

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Lab. Seizure  ☒ Purchase  ☐ Seizure  ☐ Free Sample | | | | | |
| ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry  ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Roxbury, MA  USA | 06-19-2003 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL Case No. OR Seizure No. | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| | | 06-23-2003 | TF-1 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| #4 | | crack cocaine | (3) three twist top PBs containing off-white rock-like substance. | 25.0 GGW | 25.0 GGW | 50.00 |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☒ NO (included above)  ☐ YES

**REMARKS:**
On 06-19-2003, Boston Police UC officer Adolpho Brito purchased exhibit #4 from Jerome Lassiter on Warren street in Roxbury, MA. PO Brito turned the exhibit over to TFA Monteiro who turned it over to TFA MacLaughlin who sealed it in a DEA envelope and deposited it into the DEA overnight safe. ON 06-23-2003, the exhibit was retrieved by TFA MacLaughlin who mailed it RMRRR to the DEA NERL for analysis.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| TFA Joao Monteiro | G/S Michael Barbuti |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | RB 002 873 683 | |
| 22. SEAL ☐ Broken ☒ Unbroken  07/07/03 | 23. RECEIVED BY (Signature & Date) Carolyn R Roche 6/27/03 | 24. Print or Type NAME and TITLE  CAROLYN R ROCHE FC  390845 |

**LABORATORY REPORT**

**25. ANALYSIS SUMMARY AND REMARKS**

Exhibit #4 contains cocaine base.

Gross Wt. = 25.3 g
Net Wt. = 0.57 g

**SEE CERTIFICATION ON BACK**

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 4 | 158522 | cocaine base | 87 | % | | 0.49 g | 0.36 g |

| 34. ANALYST (Signature)  KATHLEEN J. PFEIFFER | 35. TITLE  FORENSIC CHEMIST | 36. DATE COMPLETED  07/03/03 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)  THOMAS M. BLACKWELL  7/9/03 | 38. TITLE  LABORATORY DIRECTOR | 39. LAB. LOCATION  NEW YORK |

DEA Form - 7
Sept. 1995

Previous edition dated 4/90 may be used until stock is exhausted.

1 - Prosecution