Jerome Lassiter
Federal Register Number 25195-038
Federal Correctional Institution Ray Brook
Post Office Box 9006
Ray Brook, New York 12977

December 29, 2005

The United States District Court
District Of Massachusetts
One Court House Way
Boston, Massachusetts 02210
Attention: <u>Office Of The Clerk For The Honorable Justice Woodlock</u>

RE: <u>UNITED STATES OF AMERICA  V. JEROME LASSITER</u>
    <u>DOCKET NUMBER 1:04-CR-10114-002-DPW</u>

Dear Sir/Madam,

   Greetings, I am writing to you today in regards to the above captioned matter. If you may recall, I appeared before the Honorable Woodlock on 7/26/2005 and received a sentence of 57 months of imprisonment that is going to be followed by 6 years of supervised release. I am currently in the process filing appeal pleading and papers and need the following papers and information to complete this process.

1.) Judgement and Committment papers,
2.) Docket Sheet,
3.) Plea Agreement,
4.) Pre-sentencing report,
5.) Indictment (Actual Indictment),
6.) Copies of all other documents maintained by this Court.

   In closing, I would like to thank you in advance for all of your time and assistance concerning this matter and I look forward to your immediate response.

Sincerely,

_____
Jerome Lassiter