Date: __2/28/08__

Hon. __D. Woodlock__
c/o _____
Deputy Clerk
United States District Court
__John Joseph Moakley Courthouse__
__1 Courthouse Way, Boston, MA 02210__
Dear __Clerk of Court:__

    I was sentenced by Judge __Woodlock__ on __7/26/05__ based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I had appointed counsel in my original case and

    __✓__ I do wish to be represented by the same lawyer who represented me at my original sentencing.

    ____ I do not wish to be represented by the same lawyer who represented me at my original sentencing.

                                     Sincerely,

Name: __Jerome Lassiter__

Address: __53 Ashton St__
             __Dorchester, Mass 02124__

Telephone: __(617) 287-9471__

__Jerome Lassiter__
Signature 3/5/08