ATTORNEY ASSIGNMENT REQUEST

Defendant __Jerome Lassiter__

Case & Defendant
Number _04-CR-10114-002-DPW_

Date of Appointment: _____

Appointed by: _____

Attorney Withdrawn:_____

Date of Withdrawal: _____

Reason for Withdrawal: _____

Number of Counts: __1s, 2s, 3s_____

Charge(s) and Cite(s): _____

_____

_____

Superseding Indictment __X___     Information:_____     Probation Revocation _____

Number of Defendants: _____2_____

Judge Code _WOODLOCK/0124___

Special Instructions:___ Defendant requests prior counsel be appointed for purposes of pursuing a reduced sentence under the new crack cocaine sentencing guidelines._____

_____

_____

_____

_____/s/ Jarrett Lovett_____
Deputy Clerk

Dated : _March 17, 2008_

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd