UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** )<br>)<br>v.      )<br>)<br>**JEROME LASSITER** )<br>) | No. 04-10114-DPW |

## MOTION TO REDUCE SENTENCE

  Defendant, Jerome Lassiter, hereby moves this Court for a reduction in his sentence. In support whereof, defendant states that the recent revisions to § 2D1.1 of the United States Sentencing Guidelines, concerning offense levels based on amounts of crack cocaine involved in an offense, reduce the recommended guidelines range for the defendant. On December 11, 2007, the Sentencing Commission, pursuant to its authority under 18 U.S.C. § 3582(c)(2), made these revisions retroactive. *See* 73 Fed. Reg. 217-01 (2008). Accordingly, a reduction in sentence is within the discretion of this Court and in the interests of justice, and should be issued promptly.

              JEROME LASSITER
              By his attorney,

              /s/ *John H. Cunha Jr.*
              John H. Cunha Jr.
              B.B.O. No. 108580
              CUNHA & HOLCOMB, P.C.
              One State Street, Suite 500
              Boston, MA 02109-3507
              617-523-4300

Dated: March 21, 2008                    H:\Word\Crim\Lassiter\Motion to reduce sentence.wpd