IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. |
| | ) 04-10114 DPW |
| JEROME LASSITER | ) |
| | ) |
| Defendant | ) |

NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel, Thomas E. Kanwit, Assistant United States Attorney, as lead and notice counsel for the United States in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

*/s/ thomas e. kanwit*
Thomas E. Kanwit
Assistant U.S. Attorney
J. Joseph Moakley Courthouse
1 Courthouse Way, Suite 901
Boston, MA 02210
(617) 748-3271

Counsel certifies that this document was filed using the CM/ECF electronic document filing system of the District of Massachusetts on this date and that it is counsel's understanding that it will be served on counsel for defendant via that system.

/s/ thomas e. kanwit
THOMAS E. KANWIT

April 4, 2008