IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 04-10114 DPW |
| JEROME LASSITER ) | |
| Defendant ) | |

JOINT STATUS REPORT REGARDING
MOTION FOR REDUCTION IN TERM OF IMPRISONMENT

In accordance with this Court's Standing Procedural Order of March 4, 2008, as well as the order of March 21, 2008 entered in this case, the parties hereby file their joint status report regarding resentencing of defendant.

(a) The parties (and the probation office, see Memorandum from Denise A. Rivera, March 31, 2008, attached hereto as Exhibit 1) are in agreement that defendant is eligible for a reduction.

(b) The parties state that defendant's sentence under the revised Guidelines (Nov. 1, 2007) is as follows:

Base Offense Level:  18  (§2D1.1 (11));

Two level adjustment for sale in protected area: +2  (§2D1.2);

Three level adjustment for acceptance:  -3  (§3E1.1);

Total Offense Level: **17**

Guidelines Sentencing Range:  Criminal History category VI:  51-63 months; and

Guidelines Sentencing Range: Criminal History category V: 46-57 months.[1]

(c) JOINT recommended sentence: time served.

(d) The parties do not believe a hearing is necessary on this matter. However, if a hearing would expedite action on this matter, the parties and the defendant are available to be present at the court's convenience.

(e) Defendant's current projected release date is June 30, 2008. His release date based on the low end of either of the revised guidelines sentencing ranges would already be passed.

(f) Parties are in agreement, and no briefing schedule is required.

(g) A transcript is not needed.

(h) There was no plea agreement.

Respectfully submitted,

| | |
|---|---|
| JEROME LASSITER<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| By:<br>*/s/ John H. Cunha, Jr.*<br>John H. Cunha, Jr.<br>Esquire<br>CUNHA & HOLCOMB, P.C.<br>One State Street, Suite 500<br>Boston, MA 02109-3507<br>(617) 523-4300<br>BBO # 108580 | By:<br>*/s/ Thomas E. Kanwit*<br>Thomas E. Kanwit<br>Assistant U.S. Attorney<br>J. Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 901<br>Boston, MA 02210<br>(617) 748-3271<br>BBO # 57421 |

April 7, 2008

---

[1] At the prior sentencing, the Court determined that defendant was in Criminal History Category VI, but further determined that this substantially overrepresented the seriousness of defendant's criminal history, and departed downward by sentencing based on Criminal History Category V. Defendant's original sentence was 57 months, the lowest guidelines sentence for Category V and the then offense level of 19.