

# MEMORANDUM

**To:**      John H. Cunha, Jr., Esq.

             Thomas Kanwit, Assistant U.S. Attorney

**From:**    Denise A. Rivera, U.S. Probation Officer Assistant

**Re:**      Jerome Lassiter, Dkt No. 04-10114-DPW-02

**Date:**    March 31, 2008

Enclosed please find a copy of Jerome Lassiter's Presentence Report that was prepared on April 21, 2005. It appears that Mr. Lassiter is eligible for a reduction in his sentence due to the Retroactive application of Sentencing Guidelines to Crack Cocaine, pursuant to 18 U.S.C. § 3582.

A SENTRY report revealed that the defendant incurred two disciplinary reports while in the custody of the Bureau of Prisons, only one of which resulted in a loss of good time credit. On January 29, 2007, Mr. Lassiter possessed intoxicants, which resulted in the loss of 27 days of good time credit. The second incident, which occurred on April 4, 2007, was a minor infraction which resulted in the loss of phone privileges for 45 days.

Ms. Lassiter completed his GED or high school dipoloma on June 20, 2006. He has also participated in several other educational programs. He successfully completed the Bureau of Prisons' 500-Hour Residential Drug Abuse Program. He is currently being held at the Coolidge House and his projected release is June 30, 2008.

Mr. Lassiter has met with Probation Officer Matthew Ball, who has approved of his release residence. Mr. Lassiter is currently employed at U-Haul.