AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
| --- | --- |
| v. | ) |
| JEROME LASSITER | ) Case No: 04-CR-10144-DPW |
| | ) USM No: 25195-038 |
| Date of Previous Judgment: 07/26/2005 | ) John H. Cunha, Jr. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __57__ months **is reduced to** __TIME SERVED__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 19 | Amended Offense Level: | 17 |
| --- | --- | --- | --- |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 51 to 63 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __07/26/2005__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _April 4, 2008_

Effective Date: _____
(if different from order date)

Judge's signature

Douglas P. Woodlock, U.S. District Judge
Printed name and title